IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERMAINE SOLOMON,<br><br>          Plaintiff,<br><br>v.<br><br>LUIS RIVERA; ADV QUALITY LOGISTICS, LLC; AND FOUR H TRUCKING, LLC,<br><br>          Defendants. | CIVIL ACTION FILE NO.: |

## **DEFENDANTS' NOTICE OF REMOVAL**

COME NOW, Defendants Luis Rivera ("Rivera") and Four H Trucking, LLC ("Four H Trucking") (hereinafter collectively as "Defendants"), by and through their counsel of record, and without waiving any defenses as to jurisdiction or proper party, hereby file this Notice of Removal, respectfully showing the Court as follows:

1.

This is a personal injury action filed by Plaintiff Jermaine Solomon ("Plaintiff") against Defendants in the State Court of Dekalb County, State of Georgia, Civil Action File No. 21A05275.  It arises from a motor vehicle accident that occurred in Dekalb County, Georgia.  A copy of the Complaint and state court

filings are attached hereto as Exhibit "A".

## **<u>Complete Diversity Jurisdiction Exists</u>**

2.

Upon information and belief, Plaintiff is a citizen of the State of Georgia.

3.

At the time of the filing of the Complaint, Defendant Rivera was, and currently is, a citizen and resident of the State of Florida.

4.

For purposes of diversity of citizenship, a limited liability company is a citizen of any state in which a member of the company is a citizen. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004).

5.

Upon information and belief, Defendant ADV Quality Logistics, LLC is a Florida limited liability company, which is both its state of incorporation and the state in which it maintains its principal place of business. 28 U.S.C. § 1332 (c) (1). ADV Quality's registered agent is Andres Lopez Quijano, who maintains his registered office at 5850 Coral Ridge Drive, #201, Coral Springs, FL 33076. ADV Quality's principal place of business is 5850 Coral Ridge Drive, #201, Coral Springs, FL 33076. *See* ADV Quality Logistics, LLC Articles of Organization,

printout from Florida Secretary of State, attached as Exhibit "B".

Accordingly, ADV Quality Logistics, LLC is a citizen of the State of Florida.

6.

Defendant Four H Trucking, LLC is a Florida limited liability company, which is both its state of incorporation and the state in which it maintains its principal place of business. 28 U.S.C. § 1332 (c) (1). Four H Trucking's registered agent is Clara Velasquez, who maintains her registered office at 9101 W. Okeechobee Rd. Hialeah Gardens, FL 33016.  Four H Trucking's principal place of business is 9101 W. Okeechobee Rd. Hialeah Gardens, FL 33016. *See* Four H Trucking, LLC 2022 Florida Limited Liability Company Annual Report filed with the Florida Secretary of State, attached as Exhibit "C". Accordingly, Four H Trucking, LLC is a citizen of the State of Florida[1].

7.

Consequently, complete diversity of citizenship exists between Plaintiff and Defendants for purposes of 28 U.S.C. § 1332 (c)(1) because Plaintiff is a citizen of the State of Georgia, Rivers is a citizen of the State of Florida, ADV Quality Logistics, LLC is deemed to be a citizen of the State of Florida and Four H Trucking,

---

[1] Defendant Four H Trucking will timely provide its LLC membership via its Corporate Disclosure Statement.

LLC is deemed to be a citizen of the State of Florida.

## The Amount in Controversy Exceeds $75,000.00

### 8.

Plaintiff seeks judgment against Defendants for sums in excess of $75,000.00, exclusive of interest and costs.  In the Complaint, Plaintiff alleges to have been "injured and continues to suffer injuries and damages from this accident." *See* Plt.'s Compl., at ¶ 26.  Additionally, Plaintiff seeks recovery for "severe" and permanent damages, medical expenses, future medical expenses, lost income and lost earnings. *Id.* at ¶¶ 41, 42.  Moreover, on August 20, 2021, Plaintiff sent Defendants the letter attached hereto as Exhibit "D", setting forth Plaintiff's demand. (*See* Ex. D) As reflected in Ex. D, Plaintiff's demand is well above $75,000 exclusive of interests and costs.

## Removal is Timely

### 9.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days of any Defendant being served. This Notice of Removal is also timely because it is filed within thirty (30) days after receipt by Defendants of a copy of the initial pleading setting forth the claim upon which this action is based. 28 U.S.C. § 1446 (b).  The parties being fully

diverse, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(1).

## Venue is Proper in the Northern District

### 10.

The United States District Court for the Northern District of Georgia is the proper venue for removal under 28 U.S.C. § 1441(a) because the Northern District, Atlanta Division, encompasses Dekalb County. *See* 28 U.S.C. § 90(a)(2).

## The Unanimity Requirement is Met Here

### 11.

The Supreme Court has construed the removal statutes to require all defendants in a case to consent to removal, thus creating the so-called "unanimity requirement." *See Russell Corp. v. Am. Home Assurance Co*., 264 F.3d 1040, 1050 (11th Cir. 2001) (*citing Chicago, Rock Island, & Pac. Ry. Co. v. Martin*, 178 U.S. 245, 247-48 (1900)).  Rivera and Four H Trucking, LLC are both represented by the undersigned counsel, and consent to removal of this case to this Court. Defendants shall inquire as to Defendant ADV's consent to removal when its counsel is identified, but files this Notice of Removal to ensure timeliness of removal.

## Removal is Proper

### 12.

No previous application for the relief sought herein has been made to this or

any other Court.

13.

Good and sufficient defenses to Plaintiff's claims exist.

14.

Now, within thirty (30) days after service on Defendants, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

15.

Defendants have given written notice of the filing of the Notice of Removal to Plaintiff and to the Clerk of the State Court of Dekalb County. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "E".

16.

Good and sufficient defenses to Plaintiff's claims exist. *See* Defendants' Special Appearance Answer, filed as Exhibit "F" herewith.

WHEREFORE, this matter is hereby removed to the United States District Court for the Northern District of Georgia.

Respectfully submitted this 7th day of February, 2022.

**[Signature follows]**

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Zach M. Matthews*
ZACH M. MATTHEWS
Georgia Bar No. 211231
DERRON B. BOWLES
Georgia Bar No. 928313
***Attorneys for Defendants***

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:  (678) 824-7801
zmatthews@mkblawfirm.com
dbowles@mbkblawfirm.com

## **<u>CERTIFICATE OF COMPLIANCE</u>**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This pleading has been prepared in Times New Roman, 14 point font.

This 7th day of February, 2022.

*/s/ Zach M. Matthews*
ZACH M. MATTHEWS
For the Firm

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing **DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Adewale Odetunde
WLG Atlanta, LLC
600 Peachtree Street, NE
Suite 4010
Atlanta, GA 30308
Adewale.Odetunde@WheriteLaw.com
***Attorney for Plaintiff***

This 7th day of February, 2022.

*/s/ Zach M. Matthews*
ZACH M. MATTHEWS
For the Firm